UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MAP REFRIGERATION, INC.**, | : | |
| | : | Case No.  19-cv-3729-JMY |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| **NEW ALBERTSONS, L.P.**, | : | |
| | : | |
| *Defendants* | : | |

# ORDER

**AND NOW**, this 20th day of December, 2019, upon consideration of Defendants' Motion to Dismiss (ECF No. 18), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** that Defendant's Motion is **GRANTED** in part and **DENIED** in part.  The Court **DISMISSES WITHOUT PREJUDICE** Plaintiff's third claim for relief.

Plaintiff may file an amended complaint consistent with this Order, if desired, on or before **January 13, 2020**.

**IT IS SO ORDERED.**

BY THE COURT:

/s/ Judge John Milton Younge

**Judge John Milton Younge**